UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 3:08−cr−50033
                                        Honorable Frederick J. Kapala

                                        Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Frederick J. Kapalaas to Shawntelle Renee Morris: Due to the court's schedule, status hearing on defendant's transfer of jurisdiction set for August 1, 2008 is cancelled. Probation Officer to notify defendant of cancellation and to contact this court's minute clerk to reschedule the status. Telephoned/Mailed notice (sw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.