# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                                                 Plaintiff,

v.                                                     Case No.: 3:08–cr–50033
                                                     Honorable Frederick J. Kapala

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

       MINUTE entry before the Honorable Frederick J. Kapala as to Shawntelle Renee Morris: Status hearing on defendant's transfer of jurisdiction set for 8/22/2008 at 9:00 AM. Probation officer and defendant to appear. Telephoned/Electronic notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.